IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MCCOY LAVAUGHN JOHNSON**                                         **PLAINTIFF**

v.                  **CASE NO. 4:20-CV-01139-BSM**

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## ORDER

McCoy Johnson's motion for attorney's fees [Doc. No. 21] is granted and he is awarded fees in the amount of $5,083.92 and expenses in the amount of $82.95. *See* 28 U.S.C. § 2412; Doc. No. 17-1. The Social Security Administration is directed to send the payment to Johnson because fees award under section 2412 are payable to the claimant rather than the lawyer. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Johnson is responsible for making payment to Howard D. Olinksy, who represented him.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE